IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF OKLAHOMA

FILED

AUG 31 2001

Phil Lombardi, Clerk
U.S. DISTRICT COURT

| | |
|---|---|
| PATRICIA L. STALEY, ROBYN L. FLEMING, DONNA L. LEE, BONNIE WHITE, DeLYN THAXTON, JOHN F. BOREN, JR., JANICE E. CALLOWAY, HUEY L. BOWMAN, III, BRENDA F. FRAZIER, CHARLES F. FLETCHER, TAMMY LURKS, BARBARA A. (CHILES) JEFFREY, TERESA A. VEALES, TONY A. SECONDINE, JEFFREY L. MULLINS, CRYSTAL R. SCOGGINS, MACK A. MORRIS, BONNIE DICKINSON, SHERRIEL M. HALL, MARTIN L. VILLAREAL, PEGGY D. VILLAREAL, BRENT A. RAYL, KEYSHA P. HILLIARD, LLOYD F. VAN BLARICOM, DANIEL RANDOLPH, DENNIS R. WRIGHT, WILLIE BRITT, VERNA E. (JANIE) BRYANT, CHEMESTA C. HARRIS, AND LATASHA RUFF, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> VOLUNTEERS OF AMERICA OKLAHOMA, INC., a corporation, <br><br> Defendant. | No. 00 CV 0590K (E) |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to FED.R.CIV.P. 41(a)(1)(ii), the Plaintiffs and the Defendant, and each of them, by and through their respective counsel of record, herewith stipulate and agree to the dismissal with prejudice of said cause, including all complaints, counterclaims, cross complaints and causes of action of any type by these parties against each other. Each of the parties shall bear his, her, or its own costs, expenses, and attorney fees without assessment against any other party.

Executed the respective dates shown adjacent to each signature.

Date: 28 Aug 01

_____
Steven R. Hickman
Attorney for Plaintiffs

Date: 8-31-01

_____
Jo Anne Deaton
Attorney for Defendant

2